# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

AES COMPASSIONATE CARE, LLC, : No. 27 MAP 2018
BAY, LLC, CHAMOUNIX VENTURES, :
LLC, CRESCO YELTRAH, LLC, GTI : Notice of Appeal from the Order of the
PENNSYLVANIA, LLC, GUADCO, LLC, : Commonwealth Court dated May 3, 2018
ILERA HEALTHCARE, LLC, KEYSTONE : at No. 233 MD 2018
CENTER OF INTEGRATIVE WELLNESS, :
LLC, PENNSYLVANIA MEDICAL :
SOLUTIONS, LLC, STANDARD FARMS, :
LLC, AND THE HEALING CENTER, LLC :
:
v. :
:
RACHEL L. LEVINE, MD, SECRETARY, :
PENNSYLVANIA DEPARTMENT OF :
HEALTH :
:
APPEAL OF: MLH EXPLORATIONS, :
LLC, POSSIBLE INTERVENOR :

## ORDER

**PER CURIAM**

**AND NOW**, this 6th day of July, 2018, the notice of appeal is quashed. The appellant fails to demonstrate that the order denying its application to intervene involves a right too important to be denied review. See Pa.R.A.P. 313(b). *See also In re Barnes Foundation,* 871 A.2d 792, 794 (Pa. 2005) ("Pennsylvania law does allow for an appeal as of right from an order denying intervention in circumstances that meet the requirements of the collateral order doctrine as embodied in [Rule 313].").